

# IN THE
# TENTH COURT OF APPEALS

No. 10-19-00290-CV

IN RE RADER WADE GILLELAND

Original Proceeding

## MEMORANDUM OPINION

Relator Rader Wade Gilleland has filed a motion to dismiss this original proceeding. The motion is granted, and this original proceeding is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

Relator's Motion for Submission to the Court for Ruling, filed on March 23, 2020, is dismissed as moot.

REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Petition dismissed
Opinion delivered and filed October 7, 2020
[OT06]

